**Order filed August 15, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00187-CV

_____

## GEORGE MITCHELL, Appellant

## V.

## BIRDIE COOKS MITCHELL, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM54997**

### O R D E R

Appellant, George Mitchell, has filed an appeal in this cause. Upon being notified that the filing fees and the record were due, Appellant filed in this court a declaration of inability to pay costs. The court reporter has filed a contest in this court. In addition to contesting Appellant's indigence, the court reporter asserts that Appellant is not entitled to a free record because the appeal is frivolous. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003 (West 2002). Pursuant to TEX. R. APP. P. 20.1(h)(4) and Section 13.003(a)(2) of the Civil Practice and Remedies Code, we abate the appeal and refer both the indigence contest and the question of frivolousness to the trial court for resolution.

The trial court is directed to comply with TEX. R. APP. P. 20.1 in conducting a hearing and determining whether Appellant is indigent. Unless a written order sustaining the contest is timely entered, Appellant will be allowed to proceed without advance payment of costs. TEX. R. APP. P. 20.1(i)(4).

We also abate the appeal for an additional reason: to allow the trial court to enter a final judgment. The district clerk, in the docketing statement filed in this court on July 1, 2013, indicated that a final judgment had not been filed. Our records reflect that a final judgment was due from the trial court on July 29, 2013. We have not received the trial court's final judgment. Consequently, we abate the appeal pursuant to TEX. R. APP. P. 27.2 to permit the trial court to enter a final judgment if it has not already done so. If a final, appealable judgment has not been entered by September 16, 2013, we may dismiss this appeal pursuant to TEX. R. APP. P. 42.3. Except for "a few mostly statutory exceptions," this court's jurisdiction is limited to appeals from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The district clerk is directed to forward to this court on or before September 30, 2013, a supplemental clerk's record containing (1) any orders and findings entered by the trial court regarding the indigence contest, (2) any orders and findings entered by the trial court concerning the frivolousness of this appeal, and (3) the decree of divorce or any other appealable order or judgment, if any, entered in this case by the trial court. The appeal will be reinstated upon receipt of the supplemental clerk's record.

This appeal is abated.

PER CURIAM

August 15, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

2